THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL LOUIS COLEMAN, #214910,   )
                                  )
   Petitioner,                    )
                                  )
v.                                )   1:09-CV-218-TMH
                                  )   WO
J.C. GILES, *et al.*,             )
                                  )
   Respondents.                   )

**ORDER**

On January 31, 2011, the Magistrate Judge filed a Recommendation (Doc. 16) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

   1.    The Recommendation (Doc. 16) of the Magistrate Judge is ADOPTED, and

   2.    The petitioner for habeas corpus relief filed by Coleman be DENIED; and

   3.    This case be DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this 10th day of  March, 2011.

              /s/ Truman M. Hobbs

              SENIOR UNITED STATES DISTRICT JUDGE